# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

—————————————————

No. 1D2025-1054

—————————————————

GARY D. HARRISON,

    Petitioner,

v.

STATE OF FLORIDA,

    Respondent.

—————————————————

Petition for Writ of Habeas Corpus—Original Jurisdiction.

March 25, 2026

PER CURIAM.

DISMISSED. *See Baker v. State*, 878 So. 2d 1236 (Fla. 2004).

ROBERTS, WINOKUR, and NORDBY, JJ., concur.

—————————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

—————————————————

Gary D. Harrison, pro se, Petitioner.

James Uthmeier, Attorney General, Tallahassee, for Respondent.